BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>DEIMENTRIUS CLAY,<br><br>　　　　　　　Respondent. | **VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SUMMONS**<br><br>Taxpayer:  DEIMENTRIUS CLAY |

　　　　Petitioner, the UNITED STATES OF AMERICA, by its attorney, BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, alleges:

　　　　1.　　Subject matter jurisdiction of this proceeding is given by 28 U.S.C. Sections 1340 (actions under the internal revenue laws) and 1345 (proceedings by the United States).  Under I.R.C. Sections 7402(b) and 7604(a), the United States Attorney has been authorized to bring this proceeding for judicial enforcement of Internal Revenue Service summonses.

　　　　2.　　By personal knowledge and knowledge of applicable procedures, ELENA SANCHEZ is a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division, California Area, Internal Revenue Service.  She is authorized to issue an Internal Revenue Service summons under Internal Revenue Code Section 7602 (26 U.S.C.), Treasury Regulation Section 301.7602-1, 26 C.F.R. Section 301.7602-1, and Internal Revenue Service Delegation Order No. 4 (as revised).

3. By knowledge of the investigation, the respondent, DEIMENTRIUS CLAY, resides at 561 Lexington Drive, Vallejo, California and receives mail at P.O. Box 9132, Vallejo, California, within the jurisdiction of this Court.

4. By personal knowledge, petitioning Revenue Officer ELENA SANCHEZ is conducting an investigation of the respondent, DEIMENTRIUS CLAY, seeking to secure information to collect the assessed 941 Employer's Federal Quarterly Tax for the periods March 31, 1995, June 30, 1995, September 30, 1995, December 31, 1995, March 31, 1996, June 30, 1996, September 30, 1996, December 31, 1996, March 31, 1997, September 30, 1997, December 31, 1997, March 31, 1998, June 30, 1998, September 30, 1998, December 31, 1998, March 31, 1999, June 30, 1999, September 30, 1999, December 31, 1999, March 31, 2000, June 30, 2000, September 30, 2000, December 31, 2000, March 31, 2001, June 20, 2001, September 30, 2001, December 31, 2001, March 31, 2002, June 30, 2002, September 30, 2002, December 31, 2002, June 30, 2003, September 30, 2003, December 31, 2003, and March 31, 2004, and 940 Employer Annual Federal Unemployment Tax for the periods December 31, 1996, December 31, 1997, December 31, 1998, December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002 and December 31, 2003, relating to Ms. Clay's sole proprietor cafe. The assessed balance as of April 3, 2013 was approximately $236,151.

5. On information and belief, the respondent, DEIMENTRIUS CLAY, is in possession and control of testimony, books, records, papers, and other data that may shed light on the matters to be ascertained in the above-described investigation.

6. By personal knowledge, on November 8, 2012, Revenue Officer ELENA SANCHEZ issued an Internal Revenue Service summons directing the respondent, DEIMENTRIUS CLAY, to appear before the Revenue Officer on November 29, 2012, at the hour of 10:00 a.m., at 4830 Business Center Drive, Suite 250, Fairfield, California, to testify and to produce for examination the books, records, papers and other data described in the summons.

7. By personal knowledge, on November 14, 2012, Revenue Officer Elena Sanchez left an attested copy of the summons at respondent's last and usual place of abode by affixing the summons to the front door of Respondent Clay's residence. A copy of that same summons was mailed to Ms. Clay's P.O. Box. By personal knowledge and knowledge of the investigation, an accurate copy of the

VERIFIED PETITION TO ENFORCE
INTERNAL REVENUE SERVICE SUMMONS           2

1  summons has been supplied for attachment hereto as Exhibit A to the petition.  This Exhibit is hereby
2  adopted by reference.

3      8.    By personal knowledge, respondent, DEIMENTRIUS CLAY, did not appear on
4  November 29, 2012. Instead, on that date the Revenue Officer received a voice message from
5  respondent, requesting that the summons appointment be rescheduled to sometime in January to allow
6  her additional time to gather her records.  Revenue Officer Sanchez rescheduled the summons
7  appointment to January 24, 2013.  The taxpayer did not appear for the rescheduled appointment or call.
8  Despite further efforts by IRS Counsel, compliance has not been received.

9      9.    By personal knowledge, respondent's above-described failure to comply with the
10  summons continues to date.

11      10.    By knowledge of the investigation, the testimony, books, records, papers and other data
12  sought by the summons are not already in possession of the Internal Revenue Service.

13      11.    By personal knowledge and knowledge of the investigation, the testimony and the books,
14  records, papers and other data sought by the summons are necessary for the investigation of
15  DEIMENTRIUS CLAY, seeking to secure information to collect the assessed 941 Employer's Federal
16  Quarterly Tax for the periods March 31, 1995, June 30, 1995, September 30, 1995, December 31, 1995,
17  March 31, 1996, June 30, 1996, September 30, 1996, December 31, 1996, March 31, 1997, September
18  30, 1997, December 31, 1997, March 31, 1998, June 30, 1998, September 30, 1998, December 31, 1998,
19  March 31, 1999, June 30, 1999, September 30, 1999, December 31, 1999, March 31, 2000, June 30,
20  2000, September 30, 2000, December 31, 2000, March 31, 2001, June 20, 2001, September 30, 2001,
21  December 31, 2001, March 31, 2002, June 30, 2002, September 30, 2002, December 31, 2002, June 30,
22  2003, September 30, 2003, December 31, 2003, and March 31, 2004, and 940 Employer Annual Federal
23  Unemployment Tax for the periods December 31, 1996, December 31, 1997, December 31, 1998,
24  December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002 and December 31,
25  2003, relating to Ms. Clay's sole proprietor cafe.

26      12.    By personal knowledge and knowledge of applicable procedures, all administrative steps
27  required by the Internal Revenue Code of 1986 for the issuance of the summons have been taken.
28  / / /

WHEREFORE, petitioner respectfully prays:

1.      That this Court enter an order directing respondent, DEIMENTRIUS CLAY, to show cause, if any, why respondent should not comply with and obey the summons and each and every requirement thereof;

2.      That this Court enter an order directing respondent, DEIMENTRIUS, to obey the aforementioned Internal Revenue Service summons and each and every requirement thereof, by ordering the respondent's attendance, testimony, and production of the books, records, papers and other data required and called for by the terms of the summons, before Revenue Officer ELENA SANCHEZ or any other proper officer or employee of the Internal Revenue Service;

3.      That the United States recover its costs in maintaining this action; and

4.      That this Court grant such other and further relief as is just and proper.

Dated: May 16, 2014                          Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                                  By:        /s/  YHimel
                                             YOSHINORI H. T. HIMEL
                                             Assistant U.S. Attorney
                                             Attorneys for Petitioner
                                             United States of America

VERIFIED PETITION TO ENFORCE
INTERNAL REVENUE SERVICE SUMMONS           4

**VERIFICATION BY REVENUE OFFICER ELENA SANCHEZ**

Revenue Officer Elena Sanchez, pursuant to 28 U.S.C. § 1746(a), verifies as follows:

1. I am the investigating Revenue Officer in this case.

2. Regarding the numbered paragraphs in this petition except for paragraphs 1 and 2:

   a. If an allegation in those paragraphs is labeled "by personal knowledge," it is a matter that I know to be true from my own personal knowledge.

   b. If an allegation in those paragraphs is labeled "by knowledge of applicable procedures," it is a matter that I know to be true from my knowledge of Internal Revenue Service procedures.

   c. If an allegation in those paragraphs is labeled "by knowledge of the investigation," it is a matter of which I have been informed by oral or written communication within the investigation in suit, and it accords with my understanding of the facts of the case.

   d. If an allegation in that section is labeled "on information and belief," it is a matter of which I do not necessarily have personal knowledge, but it accords with my understanding of the facts of the case.

I verify under penalty of perjury that the foregoing is true and correct. Executed on May 16, 2014

/s/ *Elena Sanchez*
ELENA SANCHEZ
Revenue Officer
Internal Revenue Service

VERIFICATION BY REVENUE OFFICER        1

# Summons

## Collection Information Statement

In the matter of  DEIMENTRIUS CLAY, PO BOX 9132, VALLEJO, CA 94591-9132
Internal Revenue Service (Identify Division)  SMALL BUSINESS/SELF EMPLOYED
Industry/Area (Identify by number or name)  SB/SE AREA 7 (27)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

### The Commissioner of Internal Revenue

To:  DEIMENTRIUS CLAY
At:  PO BOX 9132,  VALLEJO, CA  94591-9132

You are hereby summoned and required to appear before ELENA SANCHEZ, an Internal Revenue Service (IRS) officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 05/01/2012  To 11/01/2012

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

I have enclosed Form 9297, Form 433A and Letter 1085 with required attachments to assist you in providing all required information.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

4830 BUSINESS CENTER DRIVE,  STE 250,  FAIRFIELD  CA  94534  (707) 646-7184

Place and time for appearance: At  4830 BUSINESS CENTER DRIVE,  STE 250,  FAIRFIELD,  CA  94534

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the  29th  day of  November , 2012  at  10:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  8th   day of November        , 2012

ELENA SANCHEZ
Signature of issuing officer

REVENUE OFFICER
Title

_____
Signature of approving officer (if applicable)

_____
Title

## EXHIBIT A

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 11/14/2012 | 2:35 PM |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

LEFT AT DOOR = 561 LEXINGTON DR, VALLEJO, CA

| Signature | Title |
|---|---|
| [signature] | REVENUE OFFICER |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| [signature] | REVENUE OFFICER |

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)

EXHIBIT A

Attachment 1 to Summons Form 6637

In the matter of **DEIMENTRIUS CLAY**

Period information: Form 940 for the calendar periods ending December 31, 1996, December 31, 1997, December 31, 1998, December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002 and December 31, 2003 and Form 941 for the quarterly periods ending March 31, 1995, June 30, 1995, September 30, 1995, December 31, 1995, March 31, 1996, June 30, 1996, September 30, 1996, December 31, 1996, March 31, 1997, September 30, 1997, December 31, 1997, March 31, 1998, June 30, 1998, September 30, 1998, December 31, 1998, March 31, 1999, June 30, 1999, September 30, 1999, December 31, 1999, March 31, 2000, June 30, 2000, September 30, 2000, December 31, 2000, March 31, 2001, June 30, 2001, September 30, 2001, December 31, 2001, March 31, 2002, June 30, 2002, September 30, 2002, December 31, 2002, June 30, 2003, September 30, 2003, December 31, 2003 and March 31, 2004

# EXHIBIT A